# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00069-CV

**Lori Owens f/k/a Lori Fain, Appellant**

**v.**

**Carlene Marie Georgen and Mark Robin Georgen, Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. C2014-0290B, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 15, 2017, we notified appellant Lori Owens f/k/a Lori Fain that the appellate record in this case does not appear to contain a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014; *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We requested that Owens file a response with the clerk of this Court on or before March 24. She has not responded to our notice or demonstrated that a final or otherwise appealable order has been signed by the trial court. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed for Want of Jurisdiction

Filed:   April 27, 2017